# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| KIARA ZYEERICA COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, WAKEFIELD & ASSOCIATES INC., COLLECTION MANAGEMENT CO., and CAINE & WEINER COMPANY INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-01624-MHC-JKL |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT TRANS UNION, LLC

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kiara Collier and Defendant Trans Union, LLC, by counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Trans Union, LLC, with each party to bear its own fees and costs.

Respectfully submitted,

*/s/ Matthew G. Rosendahl*
Matthew G. Rosendahl (Ga. Bar # 449311)

*/s/ Paul W. Sheldon*
Paul W. Sheldon, Esq.
Georgia Bar No. 947098

1

KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*

psheldon@qslwm.com
QUILLING, SELANDER, LOWNDS,
WINSLETT & MOSER, P.C.
6900 N. Dallas Parkway, Suite 800
Plano, Texas 75024
(214) 560-5453
(214) 871-2111 Fax

*Counsel for Defendant Trans Union LLC*

## CERTIFICATE OF COUNSEL

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*/s/ Matthew G. Rosendahl*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing in this matter via CM/ECF on August 6, 2024, which constitutes service upon all counsel of record who have appeared in this case under the Federal Rules of Civil Procedure.

*/s/ Matthew G. Rosendahl*