IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
Atlanta Division

| | |
|---|---|
| KIARA ZYEERICA COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, WAKEFIELD & ASSOCIATES INC., COLLECTION MANAGEMENT CO., and CAINE & WEINER COMPANY INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-01624-MHC-JKL |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT EQUIFAX INFORMATION SERVICES, LLC

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kiara Collier and Defendant Equifax Information Services, LLC ("Equifax"), by counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Equifax, with each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Matthew G. Rosendahl<br>Matthew G. Rosendahl (Ga. Bar # 449311) | /s/ Eric Barton (with permission)<br>Eric Barton (Georgia Bar # 040704)<br>Seyfarth Shaw, LLP |

1

| | |
|---|---|
| KELLY GUZZO, PLC<br>3925 Chain Bridge, Suite 202<br>Fairfax, VA  22030<br>Telephone: (703) 424-7572<br>Facsimile: (703) 591-0167<br>Email: matt@kellyguzzo.com<br><br>*Counsel for Plaintiff* | 1075 Peachtree Street NE<br>Suite 2500<br>Atlanta, GA 30309<br>404−885−1500<br>Fax: 404−892−7056<br>Email: ebarton@seyfarth.com<br><br>*Counsel for Defendant*<br>*Equifax Information Services LLC* |

## **CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*/s/ Matthew G. Rosendahl*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing in this matter via CM/ECF on August 28, 2024, which constitutes service upon all counsel of record who have appeared in this case under the Federal Rules of Civil Procedure.

*/s/ Matthew G. Rosendahl*