# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| KIARA ZYEERICA COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, WAKEFIELD & ASSOCIATES INC., COLLECTION MANAGEMENT CO., and CAINE & WEINER COMPANY INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-01624-MHC-JKL |

## **NOTICE OF DISMISSAL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff, by counsel, hereby notifies the Court that her claims against Experian Information Solutions, Inc. are dismissed with prejudice, with each party to bear its own fees and costs.

Respectfully submitted,

**KIARA ZYEERICA COLLIER**

By: */s/ Matthew G. Rosendahl*
Matthew G. Rosendahl (Ga. Bar # 449311)

1

Kelly Guzzo, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*

## **CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*/s/ Matthew G. Rosendahl*

**CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing in this matter via CM/ECF on October 28, 2024, which constitutes service upon all counsel of record who have appeared in this case under the Federal Rules of Civil Procedure. I further certify that I have caused a copy of this filing to be served on Defendant Caine & Weiner Company Inc.

*/s/ Matthew G. Rosendahl*