# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
## Atlanta Division

| | |
|---|---|
| KIARA ZYEERICA COLLIER,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, WAKEFIELD & ASSOCIATES INC., COLLECTION MANAGEMENT CO., and CAINE & WEINER COMPANY INC.,<br><br>Defendants. | Civil Action No. 1:24-cv-01624-MHC-JKL |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT WAKEFIELD & ASSOCIATES, INC.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kiara Collier and Defendant Wakefield & Associates, Inc., by counsel, hereby stipulate to the dismissal with prejudice of Plaintiff's claims against Wakefield & Associates, Inc., with each party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew G. Rosendahl*<br>Matthew G. Rosendahl (Ga. Bar # 449311) | */s/ Ernest H. Kohlmeyer, III (with permission)*<br>Ernest H. Kohlmyer, III, Esq., LL.M. |

1

Kᴇʟʟʏ Gᴜᴢᴢᴏ, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA 22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*

Georgia Bar No. 427760
skohlmyer@shepardfirm.com
Shepard, Smith, Kohlmyer & Hand, P.A.
2300 Maitland Center Parkway, Suite 100
Maitland, FL 32751
Telephone (407) 622-1772
Facsimile (407) 622-1884
*Attorneys for Defendant Wakefield*

## **CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*/s/ Matthew G. Rosendahl*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing in this matter via CM/ECF on October 28, 2024, which constitutes service upon all counsel of record who have appeared in this case under the Federal Rules of Civil Procedure.

*/s/ Matthew G. Rosendahl*