**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**Atlanta Division**

| | |
|---|---|
| KIARA ZYEERICA COLLIER, | |
| Plaintiff, | |
| v. | Civil Action No. 1:24-cv-01624-MHC-JKL |
| EQUIFAX INFORMATION SERVICES, LLC, EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION, LLC, WAKEFIELD & ASSOCIATES INC., COLLECTION MANAGEMENT CO., and CAINE & WEINER COMPANY INC., | |
| Defendants. | |

## STIPULATION OF DISMISSAL OF CLAIMS AGAINST DEFENDANT COLLECTION MANAGEMENT CO.

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Kiara Collier and

Defendant Collection Management Co., by counsel, hereby stipulate to the dismissal

with prejudice of Plaintiff's claims against Collection Management Co., with each

party to bear its own fees and costs.

Respectfully submitted,

| | |
|---|---|
| */s/ Matthew G. Rosendahl* | */s/ Jonathan K. Aust (with permission)* |
| Matthew G. Rosendahl (Ga. Bar # 449311) | Jonathan K. Aust, Esq. |
| | Bedard Law Group, P.C. |

1

2

KELLY GUZZO, PLC
3925 Chain Bridge, Suite 202
Fairfax, VA  22030
Telephone: (703) 424-7572
Facsimile: (703) 591-0167
Email: matt@kellyguzzo.com

*Counsel for Plaintiff*

4855 River Green Parkway
Suite 310
Duluth, GA 30096
678-253-1871
Email: jaust@bedardlawgroup.com
*Attorneys for Defendant Collection
Management Co.*

3

## **CERTIFICATE OF COUNSEL**

I hereby certify that the foregoing document has been prepared with Times New Roman 14-point font, one of the font and point selections approved by the Court in LR 5.1, N.D. Ga.

*/s/ Matthew G. Rosendahl*

## **CERTIFICATE OF SERVICE**

I hereby certify that I filed a copy of the foregoing in this matter via CM/ECF on November 20, 2024, which constitutes service upon all counsel of record who have appeared in this case under the Federal Rules of Civil Procedure.


*/s/ Matthew G. Rosendahl*